**PETROFF AMSHEN LLP**
1795 Coney Island Avenue
Suite 3
Brooklyn, New York 11230
(718) 336-4200
Steven Amshen, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                                      Chapter 11

GISELE BOUILLETTE ALLARD                                    Case No.: 18-14092-mg
*a/k/a GISELE BOUILLETTE ALLARD*,

                                        Debtor.
------------------------------------------------------------x

### AFFIDAVIT OF GISELE BOUILLETTE ALLARD
### PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

1. Gisele Bouillette Allard, the Debtor and Debtor-in-Possession in the case herein (the "Debtor"), submits this Affidavit of the Debtor pursuant to S.D.N.Y. Local Bankruptcy Rule 1007-2, in connection with the filing of this Chapter 11 case by the Debtor.

2. Debtor is an individual residing at 134 West 119th Street, New York, NY 10026.

3. Debtor individually and through the corporations, in which the Debtor is a sole owner, owns the following investment properties:

    a. 50 East 126th Street, New York, NY 10035, which is owned by 50 East 126th Street, Inc. Said property secures the mortgage loan held by Jocelyn Cade Davis, as Executrix of the Estate of Robert Robinson, deceased, on which the Debtor is an obligor.

    b. 134 West 119th Street, New York, NY 10026, which is owned by 134 West 119th Street, Inc. Upon information and belief, this property is not subject to any liens;

    c. 32 West 120th Street, New York, NY 10027, which is owned by 32 West 120th Street, Inc. Upon information and belief, this property is not subject to any liens;

d. 239 Lenox Avenue, New York, NY 10027, which is owned by 239 Lenox Ave, Inc. Upon information and belief, this property is not subject to any liens;

e. 8201 Abbott Avenue, Miami Beach, FL 33141, which is owned by the Debtor. Said property secures the mortgage loan held by Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Nationstar") on which the Debtor is an obligor. Upon information and belief, the Debtor currently owes Nationstar $311,836.00 and is current on the loan payments.

4. Since 1998, the Debtor is an obligor on the loan secured by the property located at 50 East 126th Street, New York, NY 10035 (the "Property"). The original amount of the loan was $100,000.00.

5. Currently, the Property is the subject of a foreclosure action pending in the Supreme Court of the State of New York, County of New York, Index No. 109284/2005, and known as Jocelyn Cade Davis, as Executrix of the Estate of Robert Robinson, deceased vs. Gisele Brouillette Allard, 50 East 126th Street, Inc. et al. Said foreclosure action is still pending with a foreclosure auction previously scheduled for December 19, 2018. The alleged amount of the lien is $5,255,639, plus interest and costs.

6. This Chapter 11 filing was necessary to avoid the foreclosure sale of the Property, which would have resulted in a significant loss to the Debtor. During the course of this Chapter 11 bankruptcy, the Debtor intends to negotiate a settlement of the loan with the secured creditor or other options as may be proposed by the secured creditor.

7. This case was not originally commenced under Chapter 7 or Chapter 13 of the Bankruptcy Code.

8. There is no unsecured creditors' committee or other committee of creditors.

9. Upon information and belief, the following creditors are the holders of the Debtor's largest unsecured claims:

    a. Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington DE 19850; phone number, e-mail address and names of persons familiar with the debtor's account are unknown. Claim amount is $43.00 and the claim is non-contingent, liquidated, undisputed and fully unsecured.

    b. Verizon, Verizon Wireless BK Admin, 500 Technology Dr Ste 550, Weldon Springs MO 63304; phone number, e-mail address and names of persons familiar with the debtor's account are unknown. Claim amount is $91.00 and the claim is non-contingent, liquidated, undisputed and fully unsecured.

10. Upon information and belief, the following creditors are the holders of the Debtor's largest secured claims:

    a. Jocelyn Cade Davis, as Executrix of the Estate of Robert Robinson, deceased, c/o Adam E. Mikolay P.C., 90 Merrick Ave, Suite 501, Westbury NY 11590, (516) 222-2050, adam@mikolaylaw.com. Alleged claim amount is $5,255,639.00 and the claim is disputed. The claim is secured by the property located at 50 East 126th Street, New York, NY 10035, estimated value of the collateral is $1,400,000.00.

    b. Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell TX 75019; phone number, e-mail address and names of persons familiar with the debtor's account are unknown. Claim amount is $311,836.00 and the claim is undisputed. The claim is secured by the property located at 8201 Abbott Ave, Miami Beach, FL 33141, estimated value of the collateral is $880,822.00.

11. Upon information and belief, the Debtor does not have any substantial assets and/or liabilities other than described above.

12. Debtor is an individual and, therefore, the Debtor has no publicly held securities.

13. Debtor's books and records are located at the Debtor's primary residence located at 134 West 119th Street, New York, NY 10026. Debtor's books and records are in the control of the Debtor.

14. Debtor does not hold any substantial assets or books and records outside of the territorial limits of the United States.

15. As stated above, the Debtor is a named defendant in the foreclosure action pending in the Supreme Court of the State of New York, County of New York, Index No. 109284/2005, and known as Jocelyn Cade Davis, as Executrix of the Estate of Robert Robinson, deceased vs. Gisele Brouillette Allard, 50 East 126th Street, Inc. et al. To the best of Debtor's knowledge, the Debtor or her property is not a part of any other legal action or proceeding.

16. As the Debtor is an individual, there is no individuals who comprise the debtor's existing senior management.

Chapter 11 Debtor and
Debtor-in-Possession

*Gisele Brouillette Allard*
By: Gisele Bouillette Allard

Sworn to before me on this
_____ Day of January 2019

_____
Notary Public

JILL CORI SCHAEFER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SC6380499
Qualified in Kings County
My Commission Expires 09-10-2022