WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Telephone: (212) 510–0500
By: Greg M. Zipes
    Trial Attorney


 UNITED STATES BANKRUPTCY COURT
 SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AYELET SHAHAR, LLC, | : | Case No. 18-12486 (SMB) |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Greg M. Zipes, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of the *Notice of Motion, Memorandum of Law and Declaration in Support of a Motion to Dismiss this Chapter 11 case, with Exhibits A and G*, by first class mail in an authorized depository on April 12, 2019, on the following parties listed below:


Gisele Bouillette Allard
134 West 119th Street
New York, NY 10026

Steven Amshen, Esq.
Petroff Amshen LLP
1795 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11230

Albena Petrakov, Esq.
c/o 50 East 126th Street LLC
Offit Kurman, P.A.
10 East 40th Street
New York, NY 10016

Adam E. Mikolay, Esq.
c/o JOCELYN CADE DAVIS
90 Merrick Avenue
Suite 501
East Meadow, NY 11554

NATIONSTAR MORTGAGE LLC
RAS CRANE, LLC
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
Duluth, GA 30097

Cleo Green, Esq.
Ras Boriskin
900 Merchants Concourse
Westbury, NY 11590


Dated: New York, New York
        April 12, 2019


                                        /s/ Greg M. Zipes
                                        Greg M. Zipes