| | |
|---|---|
| **PETROFF AMSHEN LLP**<br>1795 Coney Island Avenue<br>Suite 3<br>Brooklyn, New York 11230<br>(718) 336-4200<br>Steven Amshen, Esq. | **Hearing Date:** July 15, 2019, at 10:00 a.m.<br>**Objections Due:** July 8, 2019, at 4:00 p.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re:

    GISELE BOUILLETTE ALLARD,

                                Debtor.

---------------------------------------------------------x

Chapter 7
Case No. 18-14092-MG

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that on **July 15, 2019, at 10:00 A.M.** a hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 523, upon the motion of Steven Amshen, Esq. of Petroff Amshen LLP for entry of an Order pursuant to S.D.N.Y. LBR 2090-1(e) permitting Petroff Amshen LLP to withdraw as counsel of record for the Debtor.

      **PLEASE TAKE FURTHER NOTICE**, that objections to the Motion, if any, must be in writing, conform with the Bankruptcy Code and Rules, state with particularity the grounds therefor and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, and served upon, so as to be received by, Petroff Amshen LLP, the attorneys for the Debtor, Attn: Steven Amshen, Esq., no later than **July 8, 2019, at 4:00 P.M.** as follows: (a) (i) through the Bankruptcy Court's electronic filing system, which may be accessed through the internet at the Bankruptcy Court's website at **www.nysb.uscourts.gov**; and (ii) in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a

diskette in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion may be adjourned without further notice other than by announcement of such adjournment in open Court.

**PLEASE TAKE FURTHER NOTICE** that if no objections with respect to the Motion are timely filed and served, the Court may decide that you do not oppose the Motion and an Order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: June 27, 2019
      Brooklyn, New York

                      **PETROFF AMSHEN LLP**

            By:   */s/ Steven Amshen*
                  Steven Amshen, Esq.
                  1795 Coney Island Avenue
                  Suite 3
                  Brooklyn, New York 11230
                  (718) 336-4200