Anne Rosenbach, Esq.
ANNE ROSENBACH, ESQ., PLLC
3 Delta Road
Massapequa, New York 11758
Tel.: (516) 795-7808
rosenbachlawfirm@gmail.com
Attorney for Gisele Brouillette Allard, Debtor

UNITED STATES BANKRUPTCY COURT
SOUITHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

    GISELE BOUILLETTE ALLARD

                                   Debtor.
-----------------------------------------------------------X

Chapter 7

Case No.: 18-14092-mg

**NOTICE OF DEBTOR GISELE BROUILLETTE ALLARD
MOTION, PURSUANT TO 11 U.S.C. § 329 OF THE BANKRUPTCY
CODE, FOR AN ORDER DIRECTING PETROFF AMSHEN, LLP, AND
STEVEN AMSHEN, ESQ. ("AMSHEN") TO DISGORGE
LEGAL FEES THEY RECEIVED TO THE DEBTOR**

**PLEASE TAKE NOTICE** that upon the motion (the "Motion") of **GISELE BROUILLETTE ALLARD** ("Debtor"), and upon the annexed Declaration of Gisele Brouillette Allard, a hearing will be held before The Honorable Martin Glenn, United States Bankruptcy Judge, in his courtroom at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on May 5, 2022 at 10:00 a.m., prevailing Eastern time (the "Hearing"), or as soon thereafter as counsel may be heard, for the entry of an Order:

1

(i) Pursuant to Section 329(b) of the Bankruptcy Code, seeking an order directing Petroff Amshen, LLP, Steven Amshen, Esq., ("Amshen") to disgorge to the Debtor, all of the funds that Amshen has received for services in this case.

(ii) For such other and further relief as this Court may deem just proper.

PLEASE TAKE FURTHER NOTICE pursuant to Bankruptcy Judge Hon Martin Glenn's Chambers' Rules, available on the Court's Website (www.nysb.uscourts.gov), and at Bankruptcy Judge Hon. Glenn's Chambers' page located at http://www.nysb.uscourts.gov/content/judge-martin-glenn, the Court is not holding in-person hearings at this time; the Hearing will be conducted using Zoom for Government. Parties and counsel wishing to participate in the Hearing will be given instructions for using Zoom for Government, whether making a "live" or "listen only" appearance before the Court. Instructions may be found at:

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances. Page 1.

Parties who wish to (i) participate "live" or (ii) listen only to a hearing telephonically may do so without requesting permission from Chambers. Parties need to register for an eCourtAppearance by 4 PM the business day before the hearing at http://www.nysb.uscourts.gov/ecourt-appearances.

PLEASE TAKE FURTHER NOTICE that Motion and Declarations may be inspected on the Court's Website (www.nysb.uscourts.gov), or by request to undersigned counsel. A Pacer password is required to access documents on the Website.

PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion must be in writing, conform to the Bankruptcy Code, the Bankruptcy Rules and the Court's Local Rules, be electronically filed with the Bankruptcy Court in accordance with General Order No. M-399, which, along with the User's Manual for the Electronic Case Filing System, can be found at the

Court's Website, and be served so as to be received by no later than 04/26/2022 at 5:00 p.m. prevailing Eastern time by: (i) the Bankruptcy Judge (a hard copy clearly marked "Chambers Copy" must be delivered to the Court to the attention of Chambers of The Honorable Martin Glenn); (ii) Allan Nisselson, Chapter 7 Trustee c/o Windels Marx Lane & Mittendorf, counsel for the Trustee, 156 West 56th Street, New York, New York 10019 (E-mail: anisselson@windelsmarx.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Greg Zipes, Esq. (email: greg.zipes@usdoj.gov); and Anne Rosenbach, Esq., PLLC, Attorney for Debtor, 3 Delta Road, Massapequa, New York 11758, Attn: Anne Rosenbach, Esq. (E-mail: rosenbachlawfirm@gmail.com).

PLEASE TAKE FURTHER NOTICE that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely response or objection may result in entry of a final order granting the Motion as requested by the Debtor without further notice. Parties who timely file responses or objections are required to attend the Hearing and failure to attend in person or by counsel (telephonically as set forth above) may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the Hearing may be adjourned from time to time without any further notice except for an announcement at the Hearing.

Dated: April __4th__ ,2022

By: _____
Anne Rosenbach, Esq.
Anne Rosenbach, Esq., PLLC
3 Delta Road
Massapequa, New York 11758
Tel.: (516) 795-7808
rosenbachlawfirm@gmail.com
Attorney for Gisele Brouillette Allard, Debtor

3