EXHIBIT "A"

-----Original Message-----
From: Alex Konstantynovski <okons@lawpetroff.com>
To: giselesuptownh@aol.com <giselesuptownh@aol.com>
Cc: MeyersJoel@yahoo.com <MeyersJoel@yahoo.com>
Sent: Thu, Dec 20, 2018 1:05 pm
Subject: BANKRUPTCY DOCUMENTS

Good afternoon Gisele,

Please be advised that as of today the following documents are needed:
- SIGNED and NOTARIZED Affidavit 1007-2 (attached). Please go through it and verify the information prior to signing it.
- Signed petition (attached).
- Copy of the note that was signed in 1998.
- Articles of organization, certificate of incorporation and other organization documents for 50 East 126th Street, Inc.
- Articles of organization, certificate of incorporation and other organization documents for 32 West 120th Street, Inc.
- Articles of organization, certificate of incorporation and other organization documents for 239 Lenox Ave, Inc.
- Articles of organization, certificate of incorporation and other organization documents for 134 W 119th Street, Inc.
- Deed for 8201 Abbott Ave.
- All residential and commercial lease agreements you have for EACH property (even if tenants don't pay).
- 2018 or 2019 (if available) Social Security award letter.
- Any documents proving your other income of approximately $900.
- All 2016 and 2017 Forms 1099.
- Three most recent consecutive bank statements for each of your checking accounts (all pages, including blank).
- One most recent statement for any of your investment accounts (if any).
- Copies of ALL insurance policies (excluding medical) that you have on your name, including property insurance for each of the properties and/or any commercial liability or other insurances.
- One most recent Florida property mortgage statement.

You also need to file your personal federal and state income tax for all prior years. The main concern is 2015, 2016 and 2017.

I need all these documents as soon as possible. We also need to meet next week to discuss the case in details. We will need at least 1 hour. You can bring the documents then. Please call me to schedule an appointment.

Should you have any questions, do not hesitate to contact me.

**Alex Konstantynovski**  | Paralegal
**Petroff Amshen LLP**
1795 Coney Island Avenue  |  3rd Floor  |  Brooklyn, NY 11230
Phone: 718.336.4200  |  Fax: 718.336.4242
okons@lawpetroff.com
www.lawpetroff.com

**CONFIDENTIALITY NOTICE:** THIS E-MAIL AND THE DOCUMENTS ACCOMPANYING THE TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED.  THE INFORMATION IS INTENDED ONLY FOR THE USES OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPY, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE THE RETURN OF THE DOCUMENT TO US.  THANK YOU.


Affidavit 1007-2.pdf
85.6kB


Filed Emergency Petition TO SIGN.pdf
109.1kB

**PETROFF AMSHEN LLP**
1795 Coney Island Avenue
Suite 3
Brooklyn, New York 11230
(718) 336-4200
Steven Amshen, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                               Chapter 11

GISELE BOUILLETTE ALLARD                             Case No.: 18-14092-mg
*a/k/a GISELE BOUILLETTE ALLARD,*

                                 Debtor.
-----------------------------------------------------------------x

## AFFIDAVIT OF GISELE BOUILLETTE ALLARD
## PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

1. Gisele Bouillette Allard, the Debtor and Debtor-in-Possession in the case herein (the "Debtor"), submits this Affidavit of the Debtor pursuant to S.D.N.Y. Local Bankruptcy Rule 1007-2, in connection with the filing of this Chapter 11 case by the Debtor.

2. Debtor is an individual residing at 134 West 119th Street, New York, NY 10026.

3. Debtor individually and through the corporations, in which the Debtor is a sole owner, owns the following investment properties:

    a. 50 East 126th Street, New York, NY 10035, which is owned by 50 East 126th Street, Inc. Said property secures the mortgage loan held by Jocelyn Cade Davis, as Executrix of the Estate of Robert Robinson, deceased, on which the Debtor is an obligor.

    b. 134 West 119th Street, New York, NY 10026, which is owned by 134 West 119th Street, Inc. Upon information and belief, this property is not subject to any liens;

    c. 32 West 120th Street, New York, NY 10027, which is owned by 32 West 120th Street, Inc. Upon information and belief, this property is not subject to any liens;

d. 239 Lenox Avenue, New York, NY 10027, which is owned by 239 Lenox Ave, Inc. Upon information and belief, this property is not subject to any liens;

e. 8201 Abbott Avenue, Miami Beach, FL 33141, which is owned by the Debtor. Said property secures the mortgage loan held by Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Nationstar") on which the Debtor is an obligor. Upon information and belief, the Debtor currently owes Nationstar $311,836.00 and is current on the loan payments.

4. Since 1998, the Debtor is an obligor on the loan secured by the property located at 50 East 126th Street, New York, NY 10035 (the "Property"). The original amount of the loan was $100,000.00.

5. Currently, the Property is the subject of a foreclosure action pending in the Supreme Court of the State of New York, County of New York, Index No. 109284/2005, and known as Jocelyn Cade Davis, as Executrix of the Estate of Robert Robinson, deceased vs. Gisele Brouillette Allard, 50 East 126th Street, Inc. et al. Said foreclosure action is still pending with a foreclosure auction previously scheduled for December 19, 2018. The alleged amount of the lien is $5,255,639, plus interest and costs.

6. This Chapter 11 filing was necessary to avoid the foreclosure sale of the Property, which would have resulted in a significant loss to the Debtor. During the course of this Chapter 11 bankruptcy, the Debtor intends to negotiate a settlement of the loan with the secured creditor or other options as may be proposed by the secured creditor.

7. This case was not originally commenced under Chapter 7 or Chapter 13 of the Bankruptcy Code.

8. There is no unsecured creditors' committee or other committee of creditors.

9. Upon information and belief, the following creditors are the holders of the Debtor's largest unsecured claims:

   a. Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington DE 19850; phone number, e-mail address and names of persons familiar with the debtor's account are unknown. Claim amount is $43.00 and the claim is non-contingent, liquidated, undisputed and fully unsecured.

   b. Verizon, Verizon Wireless BK Admin, 500 Technology Dr Ste 550, Weldon Springs MO 63304; phone number, e-mail address and names of persons familiar with the debtor's account are unknown. Claim amount is $91.00 and the claim is non-contingent, liquidated, undisputed and fully unsecured.

10. Upon information and belief, the following creditors are the holders of the Debtor's largest secured claims:

    a. Jocelyn Cade Davis, as Executrix of the Estate of Robert Robinson, deceased, c/o Adam E. Mikolay P.C., 90 Merrick Ave, Suite 501, Westbury NY 11590, (516) 222-2050, adam@mikolaylaw.com. Alleged claim amount is $5,255,639.00 and the claim is disputed. The claim is secured by the property located at 50 East 126th Street, New York, NY 10035, estimated value of the collateral is $1,400,000.00.

    b. Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell TX 75019; phone number, e-mail address and names of persons familiar with the debtor's account are unknown. Claim amount is $311,836.00 and the claim is undisputed. The claim is secured by the property located at 8201 Abbott Ave, Miami Beach, FL 33141, estimated value of the collateral is $880,822.00.

11. Upon information and belief, the Debtor does not have any substantial assets and/or liabilities other than described above.

12. Debtor is an individual and, therefore, the Debtor has no publicly held securities.

13. Debtor's books and records are located at the Debtor's primary residence located at 134 West 119th Street, New York, NY 10026. Debtor's books and records are in the control of the Debtor.

14. Debtor does not hold any substantial assets or books and records outside of the territorial limits of the United States.

15. As stated above, the Debtor is a named defendant in the foreclosure action pending in the Supreme Court of the State of New York, County of New York, Index No. 109284/2005, and known as Jocelyn Cade Davis, as Executrix of the Estate of Robert Robinson, deceased vs. Gisele Brouillette Allard, 50 East 126th Street, Inc. et al. To the best of Debtor's knowledge, the Debtor or her property is not a part of any other legal action or proceeding.

16. As the Debtor is an individual, there is no individuals who comprise the debtor's existing senior management.

                                Chapter 11 Debtor and
                                Debtor-in-Possession

                                _____
                                By: Gisele Bouillette Allard

Sworn to before me on
_____ Day of December 2018

_____
Notary Public

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |

| Case number *(if known)* | Chapter you are filing under: |
|---|---|
| | ☐ Chapter 7 |
| | ■ Chapter 11 |
| | ☐ Chapter 12 |
| | ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy      12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Gisele**<br>First name<br><br>**Bouillette**<br>Middle name<br><br>**Allard**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | Gisele Allard | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8767 | |

Debtor 1  **Gisele Bouillette Allard**                                    Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **134 West 119th Street**<br>**New York, NY 10026**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Gisele Bouillette Allard** Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | When | Case number |
| --- | --- | --- |
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | Relationship to you |
| --- | --- |
| District | When | Case number, if known |
| Debtor | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

■ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Gisele Bouillette Allard**   Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No. I am not filing under Chapter 11.

■ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

Debtor 1  **Gisele Bouillette Allard**  Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | Gisele Bouillette Allard | | Case number *(if known)* | |
|---|---|---|---|---|

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Gisele Bouillette Allard**
Signature of Debtor 1

Signature of Debtor 2

Executed on **December 19, 2018**
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

| Debtor 1 | Gisele Bouillette Allard | | Case number *(if known)* | |
|---|---|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Steven Amshen** | Date | **December 19, 2018** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Steven Amshen 5115795**
Printed name

**Petroff Amshen LLP**
Firm name

**1795 Coney Island Avenue, 3rd Floor**
**Brooklyn, NY 11230**
Number, Street, City, State & ZIP Code

| Contact phone | **718-336-4200** | Email address | **bankruptcy@lawpetroff.com** |
|---|---|---|---|

**5115795 NY**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1 **Gisele Bouillette Allard**
　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 　　12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Chase Card Services**
**Correspondence Dept**
**PO Box 15298**
**Wilmington, DE 19850**

What is the nature of the claim? **Credit Card**　$ **$43.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)　$ _____
　　　　Value of security:　　　　　　　　　　　- $ _____
　　　　Unsecured claim　　　　　　　　　　　　$ _____

Contact
Contact phone

**2**
**Verizon**
**Verizon Wireless BK Admin**
**500 Technology Dr Ste 550**
**Weldon Springs, MO 63304**

What is the nature of the claim? **Telecom Services**　$ **$91.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)　$ _____
　　　　Value of security:　　　　　　　　　　　- $ _____
　　　　Unsecured claim　　　　　　　　　　　　$ _____

Contact
Contact phone

B104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1    **Gisele Bouillette Allard**     Case number *(if known)*

## Part 2:    Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X                                                        X

**Gisele Bouillette Allard**                              Signature of Debtor 2
Signature of Debtor 1

Date    **December 19, 2018**                                Date

B 104 (Official Form 104)        **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        **Page 2**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**United States Bankruptcy Court**
Southern District of New York

In re   **Gisele Bouillette Allard**                                                Case No.
                                              Debtor(s)                             Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **December 19, 2018**                              _____
                                                            **Gisele Bouillette Allard**
                                                            Signature of Debtor

```
CHASE CARD SERVICES
CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON, DE 19850


JOCELYN CADE DAVIS
C/O ADAM E. MIKOLAY P.C.
90 MERRICK AVE, SUITE 501
WESTBURY, NY 11590


MR. COOPER
ATTN: BANKRUPTCY
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019


VERIZON
VERIZON WIRELESS BK ADMIN
500 TECHNOLOGY DR STE 550
WELDON SPRINGS, MO 63304
```