EXHIBIT "B"

-----Original Message-----
From: Alex Konstantynovski <okons@lawpetroff.com>
To: giselesuptownh@aol.com <giselesuptownh@aol.com>
Sent: Tue, Jan 22, 2019 1:58 pm
Subject: RE: ADDITIONAL DOCUMENTS

Hi Gisele,

A few questions:
1. What is the brokerage account ending 3621? Please send me the statements for this account as well.
2. What is the account ending 9965? (it's listed as the account where Chase transfers the funds to). Please send me documents related to this account as well.

**Alex Konstantynovski** | Paralegal
**Petroff Amshen LLP**

**CONFIDENTIALITY NOTICE:** THIS E-MAIL AND THE DOCUMENTS ACCOMPANYING THE TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USES OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPY, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE THE RETURN OF THE DOCUMENT TO US. THANK YOU.

**From:** giselesuptownh@aol.com <giselesuptownh@aol.com>
**Sent:** Tuesday, January 22, 2019 12:47 PM
**To:** Alex Konstantynovski <okons@lawpetroff.com>
**Subject:** Re: ADDITIONAL DOCUMENTS

Hi Alex

Please attached signed pages of the petition.

Additionally, we have attached a notice from Chase Bank relating to closure of the accounts ending with 2815 and 9372, those funds were transferred to 134 West 119th St Inc. Account ending in 9965.


Regards
Gisele


-----Original Message-----
From: Alex Konstantynovski <okons@lawpetroff.com>

To: [giselesuptownh@aol.com](giselesuptownh@aol.com) <[giselesuptownh@aol.com](giselesuptownh@aol.com)>
Sent: Tue, Jan 22, 2019 9:49 am
Subject: ADDITIONAL DOCUMENTS

Good morning Gisele,

As per our yesterday's phone conversation, below please find the list of the documents I still need you to provide:

- PLEASE SIGN the attached pages from your petition.
- Copy of your ID and Social Security Card.
- Proof that your pre-petition Chase bank accounts were **closed** with **proof of funds** available before the accounts were closed.
- Proof that you **opened** a DIP account + need **original** first voided DIP account check with your name and address on it.
- Proof of **property** insurance for all five properties with the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014-4811 added as an additional notified party.
- Copy of the note that was signed in 1998.
- All books related to your corporations, including the EIN assignments etc.
- Articles of organization, certificate of incorporation and other organization documents for 50 East 126th Street, Inc.
- Articles of organization, certificate of incorporation and other organization documents for 32 West 120th Street, Inc.
- Articles of organization, certificate of incorporation and other organization documents for 239 Lenox Ave, Inc.
- Articles of organization, certificate of incorporation and other organization documents for 134 W 119th Street, Inc.
- Lease agreement with every tenant you have (even if tenants don't pay).
- All 2016, 2017 and 2018 Forms 1099 (from SSA and pharmacy).

Please note: this documents are very essential for your case. I need to receive all these documents ASAP. My attorney advised that you **have** to sign the lease agreements with all your tenants and you **have** to deposit and keep track of all rental income you receive. **This is mandatory**. Failure to do so may cause conversion of your case to a Chapter 7 case (which you absolutely do not want, because in that case the Trustee will be able to sell the property).

Please take this extremely serious. Read the e-mail carefully and do not hesitate to call me if you have any questions.

**Alex Konstantynovski** | Paralegal
**Petroff Amshen LLP**
1795 Coney Island Avenue | 3rd Floor | Brooklyn, NY 11230
Phone: 718.336.4200 | Fax: 718.336.4242
[okons@lawpetroff.com](okons@lawpetroff.com)
[www.lawpetroff.com](www.lawpetroff.com)

**CONFIDENTIALITY NOTICE:** THIS E-MAIL AND THE DOCUMENTS ACCOMPANYING THE TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USES OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPY, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE THE RETURN OF THE DOCUMENT TO US. THANK YOU.